**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7742**

MICHAEL EUGENE HUNT,

       Plaintiff - Appellant,

    v.

GLADYS CASSESE; PAUL TAYLOR; DON HUNT; ROSE LOCKLEAR; LT. HUGHES OXENDINE; HORACE C. SUTTON, JR.; SANDRA F. THOMAS; DR. PAUL SMITH,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, Chief District Judge. (5:10-ct-03132-D)

Submitted:  February 17, 2012    Decided:  February 29, 2012

Before DAVIS, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Eugene Hunt, Appellant Pro Se.  Elizabeth F. Parsons, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Eugene Hunt appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hunt v. Cassese, No. 5:10-ct-03132-D (E.D.N.C. Dec. 8, 2011). We deny Hunt's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED